DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFF ROBERT SHIDLOFSKY,**
Appellant,

v.

**AMERICAN HONDA FINANCE CORPORATION,**
Appellee.

No. 4D20-441

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-20541 (12).

Lawrence R. Metsch of Metschlaw, P.A., Aventura, for appellant.

Danielle N. Robinson of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Gen. Matters, Inc. v. Paramount Canning Co.*, 382 So. 2d 1262, 1264 (Fla. 2d DCA 1980) (interpreting similar provision of the uniform commercial code codified in Florida to require notice as a statutorily valid precondition).

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*